UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARD OF TRUSTEES
OF THE OHIO LABORERS'
FRINGE BENEFITS PROGRAMS,

    Plaintiff,

  v.

THE VELOTTA COMPANY,

    Defendant.

Case No. 2:15-cv-3001
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

## ORDER

Defendant The Velotta Company has been regularly served with a Summons and Complaint (ECF Nos. 1-2) and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment (ECF No. 12), judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint. It is ORDERED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from The Velotta Company the sum of Four Thousand Six Hundred Forty Dollars and Thirty-Two Cents ($4,640.32), including unpaid fringe benefit contributions through November, 2015, and prejudgment interest and liquidated damages, plus attorneys' fees of Two Thousand Nine Hundred Ninety Six Dollars and Twenty-Five Cents ($2,996.25), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

IT IS SO ORDERED.

5-18-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE